**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:** 16-cv-81223-VALLE/Hunt

YVANNE PIERRE NOEL,

Plaintiff,

v.

BANK OF AMERICA, N.A.,

Defendant.

_____________________________/

# JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Yvanne Pierre Noel and Defendant Bank Of America, N.A. (collectively "the Parties"), stipulate and agree to the following: (1) the Parties have settled all matters in this dispute; and (2) the effectiveness of this stipulation of dismissal with prejudice is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the Parties' settlement agreement.

Respectfully submitted on this Thursday, November 17, 2016 by:

/s/ Jeffrey N. Golant
Jeffrey N. Golant, Esq. (FBN: 0707732)
**THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.**
1999 N. University Drive, Suite 213
Coral Springs, FL 33071
Tel: (954) 942-5270
Fax: (954) 942-5272
Email: jgolant@jeffreygolantlaw.com

*(Attorney for Yvanne Pierre Noel)*

/s/ Gabrielle Gonzalez
Gabrielle Gonzalez, Esq. (FBN:103036)
**LIEBLERGONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
Email: gg@lgplaw.com

*(Attorney for Bank of America, N.A.)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 17, 2016 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

## SERVICE LIST

Gabrielle Gonzalez, Esq.
Ariel Acevedo, Esq.
LIEBLER GONZALEZ & PORTUONDO
Courthouse Tower—25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
gg@lgplaw.com,
aa@lgplaw.com
*Attorneys for Bank of America, N.A.*

**s/Jeffrey N. Golant**